CAMERON et al. v. WHITE et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Alexander Cameron and Frank Harvey Field

against Josiah J. White, as guardian, etc., and others. No opinion. Application for peremptory writ of mandamus denied.